IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:00CR289 |
| ) | |
| DAVID WOLOSZYN, ) | |
| ) | |
| Defendant. ) | |

### ORDER

THIS MATTER comes before the Court on defendant's Unopposed Motion to Continue Dispositional Hearing, filing 38, now set for April 25, 2007, at 1:00 p.m. until a date certain in approximately six months. The Court, being fully advised in the premises, finds that said motion should be granted.

IT IS THEREFORE ORDERED that the dispositional hearing scheduled in this case shall be continued until the 25th day of October, 2007, at 1:00 p.m. The defendant is ordered to appear at such time.

April 20, 2007.                    BY THE COURT:

                                   s/ *Richard G. Kopf*
                                   United States District Judge