IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:00CR289 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| DAVID WOLOSZYN, | ) | |
| | ) | |
| Defendant. | ) | |

    IT IS ORDERED that Defendant Woloszyn's revocation hearing is rescheduled to Friday, August 3, 2007, at 12:30 p.m., before the undersigned United States district judge, in Courtroom No. 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present unless excused by the court.

    July 16, 2007.        BY THE COURT:

                                        s/ *Richard G. Kopf*
                                        United States District Judge