IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,     ) | |
| )| |
| Plaintiff,     ) | |
| ) | |
| v.                                                        ) | Case No.  4:00CR289 |
| ) | |
| DAVID WOLOSZYN,                         ) | |
| ) | |
| Defendant.     ) | |

## ORDER

THIS MATTER comes before the Court on defendant's Unopposed Motion to Continue Dispositional Hearing, filing 59, now set for December 3, 2009, at 1:15 p.m. until a date certain in approximately six weeks.  The Court, being fully advised in the premises, and noting the Government has no objection, finds that said motion should be granted.

IT IS THEREFORE ORDERED that the dispositional hearing scheduled in this case shall be continued until the 15th day of January, 2010, at 1:30 p.m.  The defendant is ordered to appear at such time.

Dated November 30, 2009.

BY THE COURT:

*Richard G. Kopf*
United States District Judge