IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:00CR289 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| DAVID WOLOSZYN, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that:

(1)     The parties' joint motion to continue violation hearing (filings 62 & 64) is granted.

(2)     Defendant Woloszyn's revocation hearing is rescheduled to Thursday, March 18, 2010, at 1:00 p.m., before the undersigned United States district judge, in Courtroom No. 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present unless excused by the court.

Dated January 13, 2010.

BY THE COURT:

*Richard G. Kopf*
United States District Judge