IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>                                                                )<br>                        Plaintiff,         )<br>                                                                )<br>v.                                                            )<br>                                                                )<br>  DAVID WOLOSZYN,                      )<br>                                                                )<br>                        Defendant.     ) | Case No.  4:00CR289 |

### ORDER

THIS MATTER comes before the Court on defendant's Unopposed Motion to Continue Dispositional Hearing, filing 66, now set for March 18, 2010, at 1:00 p.m. until a date certain in approximately one month.  The Court, being fully advised in the premises, finds that said motion should be granted.

IT IS THEREFORE ORDERED that the dispositional hearing scheduled in this case shall be continued until the 21st day of April, 2010, at 1:00 p.m.  The defendant is ordered to appear at such time.

Dated March 15, 2010.

BY THE COURT:

*Richard G. Kopf*
United States District Judge